**William HARRIS, Christopher HUW Hill and Ian Edward David Smith, Appellants,**

v.

**Ellen Myra DOBRUSIN, James Marino Hamby, James Bernard Kramer, Mel Conrad Schroeder, Howard Daniel Hollis Showalter, Peter Toogood and Susanne A. Trumpp–Kallmeyer, Appellees.**

No. 04–1586.

United States Court of Appeals, Federal Circuit.

Oct. 1, 2004.

*ORDER*

This matter being presented to the Court by APPELLANTS' UNOPPOSED MOTION TO WITHDRAW APPEAL;

IT IS ORDERED that the motion is granted and that this appeal be and the

same is hereby withdrawn. Each party shall bear their own costs and attorney fees.